## MISCELLANEOUS DISMISSALS

**2002–1841. State ex rel. Kroger Co. v. Robinette.**
Franklin App. No. 01AP–1319, 2002-Ohio-4777. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0070. State ex rel. Pollack v. Lake Cty.**
Franklin App. No. 02AP–685. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2003–0483. Am. Modern Home Ins. Co. v. Hagopian.**
Crawford App. No. 3–02–23, 2003-Ohio-342. This cause is pending before the court as a discretionary appeal. On March 10, 2003, an appeal was filed in case No. 2003–0463 arising from the same court of appeals decision being appealed in this case. Accordingly,

IT IS ORDERED by the court, sua sponte, that a copy of the notice of appeal filed in this case be deemed filed as a second notice of appeal in case No. 2003–0463 and that the appeal of Teynor's Homes, Inc., shall proceed under case No. 2003–0463.

IT IS FURTHER ORDERED that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2003–0508. State ex rel. Boyle v. Indus. Comm.**
Franklin App. No. 02AP–647, 2003-Ohio-581.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–2238. State ex rel. Fogle v. Carlisle.**
Warren App. No. CA2002–09–097.

[Cite as *03/27/2003 Case Announcements,* 2003-Ohio-1494.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 27, 2003*

## APPEALS ACCEPTED FOR REVIEW

**2002–2137. Common Cause/Ohio v. Ohio Elections Comm.**
Franklin App. Nos. 02AP–439, 02AP–440 and 02AP–441, 150 Ohio App.3d 31, 2002-Ohio-5965. Discretionary appeal allowed on Proposition of Law No. I.

O'CONNOR, J., concurs.

Brogan, Farmer and LUNDBERG STRATTON, JJ., concur in part because they would allow both propositions of law.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.